## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

METROPOLITAN v. DUNHAM                         Case No. 06cv1418 LAB(RBB)
                                               **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr. Tape 1: 217-356

                              Attorneys
         Plaintiffs                              Defendants

James Castle (present)                   Allison Cooper (present)
                                         Juline Dunham (pro se) (present)


PROCEEDINGS:    x   In Chambers       ___   In Court       ___   Telephonic

An early neutral evaluation conference was held. This case has settled.

A settlement disposition conference will be held on November 29, 2006, at 8:00 a.m. in the chambers of Magistrate Judge Brooks **UNLESS THE ORIGINAL AND COPIES OF A SIGNED STIPULATION FOR DISMISSAL of this case are hand-delivered or mailed to Marcia Garcia, secretary, Chambers of Magistrate Judge Brooks, 940 Front Street, Rm. 1185, San Diego, CA, 92101, prior to that time**. The stipulation for dismissal will be reviewed by Magistrate Judge Brooks and then forwarded to the district court. If a signed stipulation cannot be provided to the chambers of Magistrate Judge Brooks on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain the reasons therefor. **If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the stipulation for dismissal. Consent forms are available in the Clerk's Office or on-line**. Monetary sanctions shall be imposed for failure to comply with this order.


DATE: October 24, 2006          IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Burns                                    INITIALS: VL (mg/irc) Deputy
     All Parties of Record