DAVIDE GOLIA, SBN 118464
CHAD T. WISHCHUK, SBN 214779
ALLISON N. COOPER, SBN 241105
**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000
FACSIMILE: (619) 293-7362

Attorneys for Defendant Sheri Roberts

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　Plaintiff-in-Interpleader,<br><br>　　v.<br><br>JULINE DUNHAM;<br>SHERI ROBERTS;<br>and Doies 1 through 10, inclusive<br><br>　　Claimants-in-Interpleader. | CASE NO:  06CV 1418 LAB RBB<br><br>ORDER<br><br>Assigned to: Hon. Larry A. Burns<br><br>Complaint Filed:　July 14, 2006<br>Trial Date:　　　　Not Set |

### ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her or its own costs and attorneys' fees.

DATED: __12-8-06__　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　　HONORABLE LARRY A. BURNS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER